# LESLIE ERICKSON v. A. R. BAKKE AND ANOTHER.

95 N. W. (2d) 656.

April 3, 1958—No. 37,171.

*Leonard, Street & Deinard,* for appellants.
*Leslie Erickson,* pro se, and *Harry H. Peterson,* for respondent.

PER CURIAM.

Associate Justice Thomas Gallagher deeming himself disqualified to participate in the consideration or decision of the questions presented by this appeal, and the other members of the court being equally divided, the order of the lower court is affirmed without opinion.[1]

Affirmed.

### UPON REHEARING.

On December 19, 1958, the following opinion was filed:

PER CURIAM.

Associate Justice Thomas Gallagher deeming himself disqualified to participate in the consideration or decision of the questions presented by this appeal, and the other members of the court after the rehearing still being equally divided, the order of the lower court is affirmed without opinion.[1]

Affirmed.

---

[1]Armstrong v. City of Rochester, 211 Minn. 613, 299 N. W. 683; 1 Dunnell, Dig. (3 ed.) § 290, and cases cited therein.